UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case no. 21-CV-61424-WPD

HENRY SANTIAGO,

    Plaintiff,

v.

MEDICREDIT, INC. d/b/a MEDICREDIT,

    Defendant.
_____/

### ORDER DENYING MOTION TO STAY PROCEEDINGS; GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

**THIS CAUSE** is before the Court on Defendant's Motion to Stay [DE 6] and Defendant's Motion for Extension of Time [DE 7]. The Court has carefully considered the Motions, and is otherwise fully advised in the premises.

A court has broad discretion in determining whether to grant a stay. *See Ortega Trujillo v. Conover & Co. Commc'ns*, 221 F.3d 1262, 1264 (11th Cir. 2000). The Court does not find good cause nor exceptional circumstances warranting a stay of this action. It is unknown whether the Eleventh Circuit will agree to rehear *Hunstein v. Preferred Collection and Management Services, Inc. en banc*, and even if it does, when the Circuit Court will issue a ruling in *Hunstein*. Moreover, it is uncertain whether that such ruling will resolve this case.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     Defendant's Motion to Stay [DE 6] is **DENIED**;

2.      Defendant's Motion for Extension of Time [DE 7] is **GRANTED**.  Defendant shall respond to the Complaint on or before August 12, 2021.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July, 2021.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record