UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HENRY SANTIAGO,

    Plaintiff,

v.                                                          CASE NO.: 21-CV-61424-WPD

MEDICREDIT, INC. d/b/a MEDICREDIT,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ryan C. Hardy of the law firm of Spencer Fane LLP, 1 North Brentwood Blvd., Suite 1000, St. Louis, MO 63105, (314) 333-3922, rhardy@spencerfane.com for purposes of appearance as co-counsel on behalf of the Defendant, Medicredit, Inc. d/b/a Medicredit in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ryan C. Hardy to receive electronic filings in this case, and in support thereof states as follows:

    1.    Ryan C. Hardy is not admitted to practice in the Southern District of Florida and is an attorney licensed to practice law in the State of Missouri and the State of Illinois. He is admitted in the U.S. District Court for the Western District of Missouri, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Southern District of Illinois, and the U.S. District Court for the Eastern District of Michigan.

    2.    Drew P. O'Malley, Esquire, of the law firm of Spencer Fane LLP, 201 N. Franklin Street, Suite 2150, Tampa, FL 33602 (813) 424-3500, is a member in good standing of The Florida

Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ryan C. Hardy has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Ryan C. Hardy, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ryan C. Hardy at email address: rhardy@spencerfane.com.

WHEREFORE, Drew P. O'Malley, moves this Court to enter an Order Ryan C. Hardy, to appear before this Court on behalf of the Defendant, Medicredit, Inc., d/b/a Medicredit, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ryan C. Hardy.

Date: August 27, 2021.

          **SPENCER FANE LLP**

          By: */s/ Drew P. O'Malley*
              Drew P. O'Malley
              Florida Bar No. 106551
              201 N. Franklin Street, Suite 2150
              Tampa, FL 33602
              813-424-3500
              domalley@spencerfane.com
              *Attorneys for Defendant, Medicredit, Inc., d/b/a Medicredit*

By: */s/ Ryan C. Hardy*
Ryan C. Hardy
(*pro hac vice pending*)
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
(314) 333-3922
rhardy@spencerfane.com
*Attorneys for Defendant, Medicredit, Inc., d/b/a Medicredit*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of August 2021, I filed a copy of the foregoing electronically with the Clerk of Court via ECF, which caused a copy of the foregoing to be delivered electronically to all counsel of record.

/s/ *Drew P. O'Malley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HENRY SANTIAGO,

    Plaintiff,

v.                                                          CASE NO.: 21-CV-61424-WPD

MEDICREDIT, INC. d/b/a MEDICREDIT,

    Defendant.

_____/

## CERTIFICATION OF RYAN C. HARDY

Ryan C. Hardy, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing in Missouri and Illinois and in the following federal courts: the U.S. District Courts for the Eastern and Western Districts of Missouri, the U.S. District Courts for the Northern and Southern Districts of Illinois, the U.S. District Court for the Eastern District of Michigan, and the Seventh and Eighth Circuit Courts of Appeals; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

_____
Ryan C. Hardy
Spencer Fane LLP
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Phone: (314) 333-3922
rhardy@spencerfane.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HENRY SANTIAGO,

    Plaintiff,

v.                                                                                          CASE NO.: 21-CV-61424-WPD

MEDICREDIT, INC. d/b/a MEDICREDIT,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Ryan C. Hardy, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED Ryan C. Hardy, may appear and participate in this action on behalf of Defendant, Medicredit, Inc., d/b/a Medicredit. The Clerk shall provide electronic notification of all electronic filings to Ryan C. Hardy, at Rhardy@spencerfane.com.

    DONE AND ORDERED in Chambers at _____, Florida, this day of August, 2021.

                                                                                                                                         United States District Judge

Copies furnished to: All Counsel of Record