UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case no. 21-CV-61424-WPD

HENRY SANTIAGO,

    Plaintiff,

v.

MEDICREDIT, INC. d/b/a MEDICREDIT,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

**THIS CAUSE** is before the Court on Defendant Medicredit, Inc. d/b/a Medicredit ("Defendant")'s Motion to Dismiss the First Amended Complaint for Failure to State a Claim upon which Relief can be Granted, Including a Challenge to the Constitutionality of 15 U.S.C. § 1692c(b), filed August 30, 2021. [DE 24]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.[1]

In *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 994 F.3d 1341 (11th Cir. 2021), a published decision binding on this Court, the Eleventh Circuit held that a violation of § 1692c(b) gives rise to a concrete injury in fact for Article III standing and that a debt collector's transmittal of the consumer's personal information to a third-party vendor for sending a dunning letter constituted a communication 'in connection with the collection of any debt' within the meaning of § 1692c(b). The Court finds that *Hunstein* squarely applies to the First Amended Complaint [DE 19] in this case and, because it is Eleventh Circuit binding precedent, requires

---

[1] The Court considers this Motion [DE 24] to also be a motion for reconsideration of the Court's August 12, 2021 Order. *See* [DE 14].

1

this Court's denial of Defendant's motion to dismiss for failure to state a claim as to the Fair Debt Collection Practices Act ("FDCPA") claim in this case.

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion [DE 24] is **DENIED**;

2. Defendant shall file its answer to the First Amended Complaint on or before September 13, 2021.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of August, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record