UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HENRY SANTIAGO,

    Plaintiff,

v.                                                   CASE NO.: 21-CV-61424-WPD

MEDICREDIT, INC. d/b/a MEDICREDIT,

    Defendant.

_____/

**DEFENDANT'S OFFER OF JUDGMENT**

    Comes now Medicredit, Inc. ("Medicredit" or "Defendant") and, pursuant to Fed. R. Civ. P. 68 makes the following offer of judgment.

    1.    Plaintiff is Henry Santiago. Defendant is Medicredit, Inc.

    2.    Plaintiff sued Medicredit for alleged violation of the Fair Debt Collection Practices ("FDCPA," 15 U.S.C. § 1692, *et seq.*).

    3.    Defendant makes this offer of judgment more than 14 days before the date set for trial.

    4.    Defendant offers $1,001.00 plus Plaintiff's costs and attorneys' fees incurred in the diligent prosecution of this action, including on appeal, for which judgment may be entered upon determination of such costs and attorneys' fees.

    5.    Medicredit expressly reserves its right to appeal the judgment and any interlocutory orders entered by the District Court including, without limitation, the District Court's order denying Medicredit's motion to dismiss Plaintiff's First Amended Complaint. Such right is reserved notwithstanding the general rule that interlocutory orders are merged with or into a final judgment. Should the Court of Appeals determine that Plaintiff's First Amended Complaint failed

to state a claim upon which relief can be granted or that the District Court lacked subject matter jurisdiction, or should the Court of Appeals reverse or remand to the District Court for further proceedings, any judgment entered hereon shall be deemed vacated, void, and of no force or effect.[1] Medicredit may, upon entry of judgment by the District Court, pay all or any portion of the judgment to Plaintiff; Medicredit shall be entitled to restitution for such amounts paid on the judgment in the event the judgment is vacated or is deemed to be vacated under the terms of the preceding sentence. This offer is unconditional except to the extent the foregoing reservations of rights are considered to be a condition.

6. This offer of judgment will remain open and irrevocable for 14 days after service.

7. If Plaintiff does not accept within 14 days of service, the offer is considered to be withdrawn.

Respectfully submitted,

 /s/ *Ryan C. Hardy*
Drew P. O'Malley
Florida Bar No. 106551
SPENCER FANE LLP
201 North Franklin Street, Suite 2150
Tampa, FL  33602
Phone:  813-424-3500
Facsimile:  813-405-8904
domalley@spencerfane.com
ecoutu@spencerfane.com

Ryan C. Hardy, *pro hac vice*
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Phone: (3140 333-3922
rhardy@spencerfance.com

*Counsel for Medicredit, Inc.*

---

[1] A remand solely for purposes of determination or award of Plaintiff's reasonable costs and attorneys' fees incurred on appeal shall not serve to vacate or void the Judgment.

SL 5099150.1

## **CERTIFICATE OF SERVICE**

I certify that on this 15th day of September 2021, I served a copy of the foregoing by electronic mail to Plaintiff's counsel of record at jibrael@jibraellaw.com and tom@jibraellaw.com.

/s/ *Ryan C. Hardy*
Attorney

SL 5099150.1