UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case no. 21-CV-61424-WPD

HENRY SANTIAGO,

     Plaintiff,

v.

MEDICREDIT, INC. d/b/a MEDICREDIT,

     Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment (the "Notice") [DE 33], filed herein on September 23, 2021. The Court has carefully considered the Notice, the Offer [DE 33-1], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Judgment is hereby entered in favor of Plaintiff HENRY SANTIAGO and against Defendant MEDICREDIT, INC. d/b/a MEDICREDIT in the amount of $1,001.00 plus Plaintiff's costs and attorneys' fees;

2.     The above-styled action is hereby **DISMISSED WITH PREJUDICE**;

3.     The Court shall retain jurisdiction to consider a motion for attorney's fees and costs. If such motion is filed, it shall be referred to the Magistrate Judge.

4.     The Court notes that the Offer of Judgment includes language stating that

"Medicredit expressly reserves its right to appeal the judgment and any interlocutory orders entered by the District Court including, without limitation, the District Court's order denying Medicredit's motion to dismiss Plaintiff's First Amended Complaint." *See* [DE 33-1].

5.      The Clerk shall **CLOSE** this case and **DENY** any currently pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record